```
Capital One
PO Box 71083
Charlotte, NC 28272-1083




Citi Cards
PO Box 6004
Sioux Falls, SD 57117




Credit One Bank
PO Box 60500
Industry, CA 91716




Gateway Veterinary Clinic
3225 W. Main Street
St. Charles, IL 60175




Laboratory Physicians LLC
PO Box 10200
Peoria, IL 61612-0200




Renauz Manor Townhome Association
c/o: Baum Property Services
725 Morton
Aurora, IL 60506




US Bank National Association
c/o: Freedman, Anselmo, Lindberg LLC
1807 Diehl Road, Suite 333
Naperville, IL 60566




Weiler & Lengle, P.C.
c/o: Schuster, Vanek, & Kolb
1250 Larkin Avenue
Elgin, IL 60123
```

B6A (Official Form 6A) (12/07)

**In re:** **Jennifer L Ahern** , **Case No.** _____
**Debtor** *(If known)*

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **3319 St. Michel Court, Ste Charles, IL 60175** | **Fee Owner** | | **$ 168,000.00** | **$ 249,000.00** |
| | | Total ➤ | **$ 168,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Jennifer L Ahern** , Case No. _____
                **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **0.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Fifth Third Bank, 1600 East Main Street, St. Charles, IL 60174 ($800.00)** | | **800.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account: Fifth Third Bank, 1600 East Main Street, St. Charles, IL 60174** | | **2,500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **0.00** | | **0.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bed ($100.00); King size bed ($400.00); Dresser ($50.00); Night stand ($25.00); 5 lamps ($15.00 each); 1 Sleeper couch ($150.00); 3 Side Tables ($10.00 each); 1 Large mirror ($50.00); 1 Side board ($100.00)** | | **980.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **2 Mirrors (100.00 each); 3 paintings ($50.00 each)** | | **350.00** |
| 6. Wearing apparel. | | **Wearing Apparel** | | **1,500.00** |
| 7. Furs and jewelry. | | **Necklaces (2,500.00); Rings (4,000.00); Bracelets (700.00); Earrings (500.00)** | | **7,700.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **0.00** | | **0.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **0.00** | | **0.00** |
| 10. Annuities. Itemize and name each issuer. | | **0.00** | | **0.00** |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **0.00** | | **0.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **0.00** **0.00** | | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **0.00** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **0.00** | | **0.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Jennifer L Ahern**                                         ,   Case No. _____

                     **Debtor**                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | 0.00 | | 0.00 |
| 16. Accounts receivable. | | 0.00 | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | 0.00 | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 0.00 | | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | 0.00 | | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | 0.00 | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 0.00 | | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | 0.00 | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | 0.00 | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | 0.00 | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 0.00 | | 0.00 |
| 26. Boats, motors, and accessories. | | 0.00 | | 0.00 |
| 27. Aircraft and accessories. | | 0.00 | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | 0.00 | | 0.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | 0.00 | | 0.00 |
| 30. Inventory. | | 0.00 | | 0.00 |
| 31. Animals. | | 0.00 | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | | 0.00 | | 0.00 |
| 33. Farming equipment and implements. | | 0.00 | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | | 0.00 | | 0.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Jennifer L Ahern** ,                                                              Case No. _____
                                **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | 0.00 | | 0.00 |
| | | 2 continuation sheets attached    Total ➤ | | $ 13,830.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Jennifer L Ahern**                                                                                  Case No. _____
                                         Debtor                                                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **3319 St. Michel Court, Ste Charles, IL 60175** | **735 ILCS 5/12-901** | **15,000.00** | **168,000.00** |
| **Checking Account: Fifth Third Bank, 1600 East Main Street, St. Charles, IL 60174 ($800.00)** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **Necklaces (2,500.00); Rings (4,000.00); Bracelets (700.00); Earrings (500.00)** | **735 ILCS 5/12-1001(b)** | **700.00** | **7,700.00** |
| **Savings Account: Fifth Third Bank, 1600 East Main Street, St. Charles, IL 60174** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a),(e)** | **1,500.00** | **1,500.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re **Jennifer L Ahern** , Case No. _____
  **Debtor** **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1100128708 US Bank National Association c/o: Freedman, Anselmo, Lindberg LLC 1807 Diehl Road, Suite 333 Naperville, IL 60566 | | | 06/01/2009 Mortgage 3319 St. Michel Court, Ste Charles, IL 60175 VALUE $168,000.00 | | | | 45,000.00 | 0.00 |
| ACCOUNT NO. 1100128707 US Bank National Association c/o: Freedman, Anselmo, Lindberg LLC 1807 Diehl Road, Suite 333 Naperville, IL 60566 | | | 06/01/2009 Mortgage 3319 St. Michel Court, Ste Charles, IL 60175 VALUE $168,000.00 | | | | 204,000.00 | 0.00 |

<u>0</u> continuation sheets attached

Subtotal ➤ (Total of this page) $ **249,000.00** $ **0.00**

Total ➤ (Use only on last page) $ **249,000.00** $ **0.00**

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re **Jennifer L Ahern**        Case No. _____
               Debtor                                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Jennifer L Ahern** , Case No. _____
               Debtor       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page)   $ 0.00   $ 0.00   $ 0.00

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 0.00

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 0.00   $ 0.00

B6F (Official Form 6F) (12/07)

In re  **Jennifer L Ahern**                                    Case No. _____
                    **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4862 3624 3528 6276** <br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC 28272-1083** | | | 05/01/2004 <br> **Revolving Credit Card** | | | | **10,500.00** |
| ACCOUNT NO.  **5466 1601 7924 9196** <br> **Citi Cards** <br> **PO Box 6004** <br> **Sioux Falls, SD 57117** | | | 06/01/2007 <br> **Revolving Credit Card** | | | | **2,577.99** |
| ACCOUNT NO.  **4447 9621 6700 2223** <br> **Credit One Bank** <br> **PO Box 60500** <br> **Industry, CA 91716** | | | 08/01/2009 <br> **Revolving Credit Card** | | | | **752.56** |
| ACCOUNT NO.  **N/A** <br> **Gateway Veterinary Clinic** <br> **3225 W. Main Street** <br> **St. Charles, IL 60175** | | | 07/01/2009 <br> **Veterinary Bill** | | | | **207.00** |
| ACCOUNT NO.  **LPL 215711** <br> **Laboratory Physicians LLC** <br> **PO Box 10200** <br> **Peoria, IL 61612-0200** | | | 06/29/2011 <br> **Medical Bill** | | | | **296.80** |

_1_  Continuation sheets attached

                                                                                            Subtotal ▶ $  **14,334.35**

                                                                                            Total ▶ $
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Jennifer L Ahern** ,                                             Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3319ST** <br> **Renauz Manor Townhome Association** <br> **c/o: Baum Property Services** <br> **725 Morton** <br> **Aurora, IL 60506** | | | **06/01/2011** <br> **Past Due Assessments** | | | | **1,700.00** |
| ACCOUNT NO. **N/A** <br> **Weiler & Lengle, P.C.** <br> **c/o: Schuster, Vanek, & Kolb** <br> **1250 Larkin Avenue** <br> **Elgin, IL 60123** | | | **10/01/2003** <br> **Payments to Divorce Lawyer** | | | | **1,087.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **2,787.00**

Total ➢ $ **17,121.35**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: **Jennifer L Ahern** ,   Case No. _____
           ——————————————
                  **Debtor**                                         **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|   |   |

**B6H (Official Form 6H) (12/07)**

In re: **Jennifer L Ahern**, Case No. _____
_____ (If known)
**Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re **Jennifer L Ahern** ,                    Case No. _____
                Debtor                                        **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Son** | AGE(S): **14** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Store Manager** | |
| Name of Employer | **L'Occitane** | |
| How long employed | **3 Years** | |
| Address of Employer | **143 Broadway, 2nd Floor New York, NY 10018** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ **3,304.00** | $ |
| 2. Estimate monthly overtime | $ **0.00** | $ |
| 3. SUBTOTAL | $ **3,304.00** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **644.72** | $ |
| b. Insurance | $ **186.20** | $ |
| c. Union dues | $ **0.00** | $ |
| d. Other (Specify) | $ **0.00** | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **830.92** | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,473.08** | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ |
| 8. Income from real property | $ **0.00** | $ |
| 9. Interest and dividends | $ **0.00** | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **1,000.00** | $ |
| 11. Social security or other government assistance (Specify) | $ **0.00** | $ |
| 12. Pension or retirement income | $ **0.00** | $ |
| 13. Other monthly income (Specify) | $ **0.00** | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,000.00** | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,473.08** | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,473.08** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

B6J (Official Form 6J) (12/07)

In re **Jennifer L Ahern** _____, Case No. _____
                           Debtor                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,986.00 |
|     a. Are real estate taxes included?    Yes ✓    No ___ | | |
|     b. Is property insurance included?    Yes ___    No ✓ | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 200.00 |
|            b. Water and sewer | | $ 75.00 |
|            c. Telephone | | $ 175.00 |
|            d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 200.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 80.00 |
| 7. Medical and dental expenses | | $ 25.00 |
| 8. Transportation (not including car payments) | | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | | $ 90.00 |
|         b. Life | | $ 0.00 |
|         c. Health | | $ 0.00 |
|         d. Auto | | $ 148.00 |
|         e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | | $ 215.00 |
|         b. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 3,394.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I    $ 3,473.08
    b. Average monthly expenses from Line 18 above    $ 3,394.00
    c. Monthly net income (a. minus b.)    $ 79.08

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jennifer L Ahern**
Debtor

Case No.
Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,473.08 |
| Average Expenses (from Schedule J, Line 18) | $ 3,394.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,350.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 17,121.35 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 17,121.35 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jennifer L Ahern**,  Debtor

Case No. _____

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 168,000.00 | | |
| B - Personal Property | YES | 3 | $ 13,830.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 249,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 17,121.35 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,473.08 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,394.00 |
| TOTAL | | 14 | $ 181,830.00 | $ 266,121.35 | |